JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CHRISTOPHER DEMETRIUS WOODS,** | ) | NO. EDCV 19-1525-KS |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGMENT |
| **ANDREW SAUL, Commissioner of Social Security** | ) ) ) | |
| Defendant. | ) ) | |

The Court having approved the parties' Stipulation to Voluntary Remand (the "Stipulation") pursuant to Sentence 4 of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

DATED: October 15, 2020

*/s/ Karen L. Stevenson*
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE